COUNTY OF WESTCHESTER et al., Respondents, *v.* DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK et al., Appellants, et al., Defendants.

Argued May 13, 1947; decided May 29, 1947.

492

Charles E. Murphy, Corporation Counsel (W. Bernard Richland, Bernard Friedlander and Joseph J. Lucchi of counsel), for appellants.

Harry G. Herman, County Attorney (Francis J. Morgan of counsel), for respondents.

Marcus G. Christ, County Attorney (John J. Knob of counsel), for County of Nassau, amicus curiæ, in support of respondents'· position.

Henry Epstein and James M. Grossman for Sheffield Farms Company, Queensboro Farms Products, Inc., Middletown Milk & Cream Co., Inc., and Crowley's Milk Company, Inc., defendants.

Seward A. Miller for Dairymen's League Co-operative Association, Inc., defendant.

A. Donald MacKinnon for The Borden Company, defendant.

Per Curiam. In the courts below the motion for change of venue was properly denied and the motion for an injunction pendente lite was granted in the exercise of discretion. There was no abuse of discretion and, accordingly, the orders appealed from are affirmed, and all questions affecting the validity of regulation 2a of the Board of Health of the City of New York are reserved for consideration and determination upon a trial of the issues. The orders are affirmed, with costs and the question certified is answered in the affirmative.

LOUGHRAN, Ch J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ., concur.

Orders affirmed, etc.